JEFFREY R. ALBREGTS, ESQ.
Nevada Bar No. 0066
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

Electronically filed on May 18, 2011

*Attorneys for Plaintiff Steven Shapiro*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN SHAPIRO, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>STEWART TITLE OF NEVADA, a Nevada corporation; STEWART TITLE GUARANTY COMPANY, a Corporation; DOE Corporations or Business entities I - X,<br><br>　　　　　　　　Defendants.<br>STEWART TITLE OF NEVADA HOLDINGS, INC., Successor by Merger to STEWART TITLE OF NEVADA, a Nevada corporation,<br><br>　　　　　　　　Counterclaimant,<br><br>v.<br><br>STEVEN SHAPIRO, an individual,<br><br>　　　　　　　　Counterdefendant.<br>STEWART TITLE OF NEVADA HOLDINGS, INC., Successor by Merger to STEWART TITLE OF NEVDA, a Nevada corporation,<br><br>　　　　　　　　Third-Party Plaintiff,<br><br>v.<br><br>SHAWN H. MOORE, an individual; VAL SOUTHWICK, an individual; DOES 1-10 and ROE CORPORATION OR BUSINESS ENTITIES 1-10,<br><br>　　　　　　　　Third-Party Defendants. | CASE NO.:　2:09-cv-01369-HDM-RJJ<br><br>**NOTICE OF CHANGE OF ATTORNEY** |

- 1 -

06614-02/733572.doc

1  PLEASE TAKE NOTICE that Brian G. Anderson, Esq., previously of the law firm of Santoro, Driggs, Walch, Kearney, Holley & Thompson, is no longer an attorney of record on the above-captioned matter.

Please direct all correspondence, pleadings and discovery regarding this case to the attention of Jeffrey R. Albregts, Esq., Oliver J. Pancheri, Esq., and F. Thomas Edwards, Esq. of the law firm of Santoro, Driggs, Walch, Kearney, Holley & Thompson.

DATED this 18th day of May, 2011.

**SANTORO, DRIGGS, WALCH,**
**KEARNEY, HOLLEY & THOMPSON**

//s// Oliver J. Pancheri                .
JEFFREY R. ALBREGTS, ESQ.
Nevada Bar No. 0066
jalbregts@nevadafirm.com
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
opancheri@nevadafirm.com
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
tedwards@nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308

*Attorneys for Plaintiff Steven Shapiro*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: MAY 18, 2011

- 2 -

06614-02/733572.doc