UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN SHAPIRO, etc., | |
| Plaintiff, | 2:09-cv-01369-HDM-RJJ |
| vs. | |
| STEWARD TITLE OF NEVADA, etc., *et al.*, | O R D E R |
| Defendant, | |
| AND RELATED COUNTER-CLAIM. | |

This matter is before the Court on Plaintiff's Motion to Compel Production of Documents (#55).

The Court having reviewed the Motion (#55), the Response (#62) and the Reply (#63) and the file herein finds that all available documents have been produced by Defendant Stewart Title of Nevada. Further, the Court finds that Stewart Title Guaranty Company is not identified as a target of Plaintiff's Motion to Compel (#55). Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Production of Documents (#55) is **DENIED**.

DATED this   28th   day of December, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge