UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN SHAPIRO, etc., | |
| Plaintiff, | 2:09-cv-01369-HDM-RJJ |
| vs. | |
| STEWARD TITLE OF NEVADA, etc., *et al.,* | O R D E R |
| Defendant, | |
| AND RELATED COUNTER-CLAIM. | |

This matter is before the Court on Defendant Stewart Title Guaranty Company's Motion to Strike Reply to Response to Motion to Compel Production of Documents (#70).

The Court having reviewed the Motion (#70) and the file herein and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Stewart Title Guaranty Company's Motion to Strike Reply to Response to Motion to Compel Production of Documents (#70) is **DENIED**.

DATED this  28th  day of December, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge