1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**
8                        **DISTRICT OF NEVADA**
9
10  STEVEN SHAPIRO,                    )        2:09-cv-01369-HDM-RJJ
                                       )
11              Plaintiff,             )
                                       )
12  vs.                                )        ORDER
                                       )
13  STEWART TITLE OF NEVADA HOLDINGS, )
    INC., et al.,                      )
14                                     )
                Defendants.            )
15  _____ )
                                       )
16  And related third-party claims     )
    and counterclaims.                 )
17  _____ )

18      Plaintiff has filed a motion for partial summary judgment

19  (#90).  Defendant has opposed (#97), and plaintiff has replied

20  (#102).  There are genuine issues of material fact on the

21  plaintiff's claims in this case.  The motion for summary judgment

22  (#90) is therefore **DENIED.**  The parties shall accordingly file a

23  joint pretrial order on or before January 17, 2012.

24      **IT IS SO ORDERED.**

25      DATED: This 6th day of January, 2012.

26
                        *Howard D. McKibben*
27                      _____
                        UNITED STATES DISTRICT JUDGE
28