1
2
3
4
5
6
7                       **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9

10  STEVEN SHAPIRO,                    )        2:09-cv-01369-HDM-RJJ
                                       )
11              Plaintiff,             )
                                       )
12  vs.                                )        ORDER
                                       )
13  STEWART TITLE OF NEVADA HOLDINGS,  )
    INC., et al.,                      )
14                                     )
                Defendants.            )
15  _____   )
                                       )
16  And related third-party claims     )
    and counterclaims.                 )
17  _____   )

18       Plaintiff has filed a motion for partial summary judgment

19  (#90).  Defendant has opposed (#97), and plaintiff has replied

20  (#102).  There are genuine issues of material fact on the

21  plaintiff's claims in this case.  The motion for summary judgment

22  (#90) is therefore **DENIED.**  The parties shall accordingly file a

23  joint pretrial order on or before January 17, 2012.

24       **IT IS SO ORDERED.**

25       DATED: This 6th day of January, 2012.

26

27                              _____
                                UNITED STATES DISTRICT JUDGE
28